IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00369-MR-WCM

| | | |
|---|---|---|
| CYNTHIA PILGRIM | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| BIOMET, INC., | ) | |
| BIOMET ORTHOPEDICS, LLC, and | ) | |
| BIOMET U.S. RECONSTRUCTION, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 11) filed by Leslie C. Packer. The Motion indicates that Ms. Packer, a member in good standing of the Bar of this Court, is local counsel for Defendants Biomet, Inc., Biomet Orthopedics, LLC, and Biomet U.S. Reconstruction, LLC and that she seeks the admission of Matthew T. Albaugh, who the Motion represents as being a member in good standing of the Bar of the State of Indiana. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 11) and **ADMITS** Matthew T. Albaugh to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: April 29, 2021

W. Carleton Metcalf
United States Magistrate Judge